## Morrison *v.* Blake, Appellant (No. 2).

Argued Oct. 18, 1906. Appeal, No. 177, Oct. T., 1906, by
defendant, from order of C. P. No. 2, Phila. Co., Sept. T., 1904,
No. 2,556, making absolute rule for order for attachment in case
of Samuel Morrison v. William J. Blake. Before RICE, P. J.,
PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEA-
VER, JJ. Affirmed.

OPINION BY HEAD, J., April 15, 1907 :
For reasons fully set forth in the appeal between the same

parties, at No. 57, October T., 1906, in which an opinion has this day been filed, ante, p. 290, the order making absolute the rule to show cause why an attachment should not issue, is affirmed and the appeal dismissed at the cost of the appellant.